# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KRISTINE KITTREDGE**                                                                **PLAINTIFF**

**V.**                         **NO. 4:23-cv-00845-ERE**

**MARTIN O'MALLEY, Commissioner**
**of the Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed and this case is remanded to the Commissioner for an award of benefits.

So Ordered 27 February 2024.

_____
UNITED STATES MAGISTRATE JUDGE