# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KRISTINE KITTREDGE**                                                              **PLAINTIFF**

V.                            NO. 4:23-cv-00845-ERE

**MARTIN O'MALLEY, Commissioner**
**of the Social Security Administration**                                **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Kristine Kittredge's unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA") seeking a total award of **$7,500**. *Doc. 18.* Plaintiff is entitled to an award of attorney's fees and costs, and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees (*Doc. 18*) is GRANTED. Plaintiff is awarded **$7,500** in attorney's fees under the EAJA.[1]

So Ordered 24 May 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check for EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.